Christian M. Knox (SB No. 171780)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRCT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.C., by and through his guardians ad litem, T.C. and T.B., and T.C. and T.B., as Individuals,<br><br>    Petitioners,<br><br>vs.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT,<br><br>    Defendant. | CASE NO.: 3:20-cv-02888-CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CASE**<br><br>Judge: Honorable Charles R. Breyer |

TO THE HONORABLE COURT, Petitioners voluntarily dismiss this case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dated: July 14, 2020     By:    /s/ Christian M. Knox
                                CHRISTIAN M. KNOX
                                RUDERMAN & KNOX LLP
                                Attorneys for Plaintiffs J.C., T.C., and T.B.