1  Christian M. Knox (SB No. 171780)
   Colleen A. Snyder (SB No. 274064)
2  Ruderman & Knox, LLP
   1300 National Drive, Suite 120
3  Sacramento, CA 95834
   Telephone: (916) 563-0100
4  Facsimile: (916) 563-0114

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRCT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.C., by and through his guardians ad litem, T.C. and T.B., and T.C. and T.B., as Individuals,<br><br>Petitioners,<br><br>vs.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 3:20-cv-02888-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE |

Pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1), Petitioners' Voluntary Dismissal is hereby granted. This case is dismissed in its entirety without prejudice, with each side to bear its own costs and fees.

IT IS SO ORDERED.

Dated: July 15, 2020         By: _____
                                 HONORABLE CHARLES R. BREYER